IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TIEMENS JR., | No. C 07-03122 CRB (PR) |
| Petitioner, | ORDER |
| v. | |
| SUSAN HUBBARD, | |
| Respondent(s). | |

Good cause appearing, petitioner's request for an extension of time to file an opposition to respondent's motion for dismissal is GRANTED. Petitioner shall file an opposition by no later than February 8, 2008, and respondent shall file a reply within 15 days thereafter.

No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 5.

SO ORDERED.

DATED: December 28, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Tiemens, H1.eot.wpd