UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TIEMENS JR., | Case Number: CV07-03122 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SUSAN HUBBARD et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Herman Tiemens P-64862
California Medical Facility
M-231-L
P.O. Box 2000
Vacaville, CA 95696

Dated: January 2, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk