IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TIEMENS, JR.,            )  <br>                                         )  <br>         Petitioner,             )  <br>                                         )  <br>    vs.                              )  <br>                                         )  <br>ANTHONY KANE, Acting Warden, )  <br>                                         )  <br>         Respondent(s).          )  <br>_____) | No. C 07-3122 CRB (PR)  <br><br>ORDER  <br><br>(Doc # 8) |

     Petitioner's motion (doc # 8) for a court order compelling the Sonoma County superior court to release the transcripts of his criminal trial is DENIED as unnecessary. Respondent will file the relevant trial transcripts (and provide petitioner with a copy) if petitioner survives respondent's motion to dismiss the petition for a writ of habeas corpus as untimely.

     Petitioner is reminded that he must file an opposition to respondent's motion to dismiss by no later than February 8, 2008.

SO ORDERED.

DATED: Jan. 08, 2008

CHARLES R. BREYER  
United States District Judge

G:\PRO-SE\CRB\HC.07\Tiemens, H1.or2.wpd