IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TIEMENS JR.,<br><br>     Petitioner,<br><br>  v.<br><br>SUSAN HUBBARD,<br><br>     Respondent.<br>_____/ | No. CV 07-03122 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment be entered in favor of respondent.

Dated: June 12, 2008                    Richard W. Wieking, Clerk

                            By: _____
                            Deputy Clerk