IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

08 JUN 19 PM 12:28

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HERMAN TIEMENS JR.

PETITIONER

VS.

ANTHONEY KANE, Acting Warden,

RESPONDENT

NO. C 07-3122 CRB (PR)

MOTION= Supplament to Opposition

and Assistance of Counsel

    Petitioner ask of the honnerable court, to except these papers to be submitted as proof thta Patitioner is unable to fight the case without an attorney as counsel for petitioner. Included are petitioners most recent copies of petitioners most recent Medical and Mental health records, and the medications he must take dayly. I submit these papers in hopes of geting it into my court records. That I am only a 10th. grade learned person, and unable to compete with the attorney generals pace of geting things done. I deffinately need assistance. Petitioner thanks the honerable courts for handling this case .

Dated-

                                     Signed-Herman Tiemens. Jr.

                                     *[signature]*

P.S. Due to svhooling and mental health problems, Petitioner requests the aid of a court appointed attorney. As its ompossible to fight the strenth of the attorney generals onslot of pressure towards the petitioner. With aLL RESPECTS TO THE HONORABLE COURTS, Petitioner makes this request.

Dated-

                                     Signed- Herman Tiemens. Jr.

                                     *[signature]*

California Medical Facility                                                                 Department of Corrections and Rehabilitation

**MENTAL HEALTH TREATMENT PLAN (7388 p2)**                                                                  3/11/08

**M.S.E. for Schizophrenia or Psychotic Disorder, NOS     Positive Symptoms**

| | |
|---|---|
| **Suspiciousness** | VERY MILD-The patient seems on guard or is reluctant to respond to some 'personal' questions or reports being overly self conscious in public. (2) |
| **Unusual Thoughts** | NOT PRESENT (1) |
| **Hallucinations** | NOT PRESENT (1) |
| **Conceptual Disorganization** | NOT PRESENT (1) |

**Negative Symptoms**

| | |
|---|---|
| **Prolonged Response** | MINIMAL-Minimal evidence of inappropriate pauses. (2) |
| **Emotion** | MINIMAL-Spontaneous expressions of emotion occur when expected. However there is a reduction in degree of intensity of emotions expressed. (2) |
| **Reduced Social Drive** | MINIMAL-Minimal reduction in either the desire to initiate social contacts or the number of social relationships. (2) |
| **Emotion** | MINIMAL-Minimal reduction in grooming and hygiene. (2) |

Previous Positive Sx: 5    Current Positive Symptoms: 5    Positive Symptom Goal: ___
                                                             0=Best 24=Worst
Previous Negative Sx: 7    Current Negative Symptoms: 8    Negative Symptom Goal: ___
                                                             0=Best 20=Worst

**Comments MSE**
I/P is oriented X3. His memory is good. He communicates well. He denies SI/HI. He denies AH/VH and feels he is doing well due to medications. His depression fluctuates and is situational. His ADL's/ grooming are good. He socializes well with his peers. He reports mild paranoia and depression. He attends his groups regularly.

**Functionality**

Work/School: 1    Medical: 2    Behavioral Control: 1
ADL: 1    Interpersonal: 1    Mental Illness: 1
Functional Score: 7
0=None 1=Mild 2=Moderate 3=Severe    18 Best 0 Worst

Participation: Usually    Condition: Improving    ICC Advocate: Yes    Motivation: Fair

**Other Modalities Considered**
Higher LOC: Not appropriate    O.T.: Considered
Work: Not appropriate    Religious: Participating
School: Considered

**Structured Theraputic Activity for:** ___
Hours Received: ___
Hours Refused: ___

Ind Contacts
Group Hours
RT Hours
OT Hours
Work Hours

**History of Exhibitionism:** Yes
Details: Past History of Exhibitionism

---

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388
Page 2 of 3
Confidential Client/Patient Information
Department of Corrections

**LEVEL OF CARE**
EOP

Date Printed

CDC#: P64862
Last: Tiemens    First: Herman,jr
DOB: 3/5/40    Institution: CMF
Eth: Whi    House: M-231I

California Medical Facility | Department of Corrections and Rehabilitation

# MENTAL HEALTH TREATMENT PLAN (7388)

3/11/08

## Administrative Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type of Review: | Quarterly | Setting: | EOP | Gender | Male | Date Entered Tx Level | 6/13/00 |
| CMF Arrival | 10/26/06 | Comit Time | 38 to Life | Points | 033 | County Comit | Sonoma |
| Initial Arrival | 2/22/00 | Term | First | Custody | CLOB | Ethnicity | WHI |
| From | UCSF | Commit Date | | DOB | 3/5/40 | Language | English |
| Release Type | LIFE | Commiting Offenses | Lewd Act on a Child under 14 | | | Vict/Pred | [ ] |
| Release Date | 3/2/00 | | | | | Priv/Wrk Group | A1 A |
| Housing | M-231L | | | | | SS# | 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 |
| IDTT Date | 3/4/08 | TB Code | 22 | Hepatitis Code | 0 | HIV Code | 0 | Veteran | Unknown |

## Clinical Summary

Seen in IDTT. Pt is a 57 y/o w/m serving a life sentence for Lewd Act on a Child Under 14. I/P has hx of depression, paranoia and psychotic sx. He also has medical hx of cardiac problems and in 11/07 underwent triple bypass surgery. He requires an elevator pass as he has difficulty climbing stairs. In 2000 he attempted suicide by cutting his wrist, according to pt, "in order to get some attention." Pt experiences situational depression that waxes and wanes and appears to be related to his legal situation. A higher court has agreed to review his case on appeal and he reports increased anxiety pending the outcome. He however remains optimistic and this serves as a protective factor. IDTT team concurs that pt remains appropriate for EOP LOC. I/P participates in groups and is med compliant. Currently denies SI/HI/AH/VH.

| # | Problem List | Plan/Modality | Objectives |
|---|---|---|---|
| 1. | Paranoia | Medication Mgmt | Tx goals are: Reduce paranoia and major denial of alcoholism with medication mgnt, 1:1 contact, case mgnt, current events, AA/NA, mood mgt group, AA/NA, rehabilitation therapy, community meeting, ADL/Grooming group, and health education. |
| | | 1:1 Contact | |
| | | Case Mgmt | |
| | | Current Events | |
| 2. | Major Denial of Alcoholism | AA/NA | |
| | | Mood Mgt Group | |
| | | AA/NA | |
| | | Rehab Therapy | |
| 3. | Depression | Community Meeting | |
| | | IDTT | |
| | | ADL/Grooming | |
| | | Health Education | |

## Current Risk Factors/Behavioral Alerts:

| Alerts: | Suicide | Aggression | Self Injury | Unpredictable | Sexual | Grave Disability |
|---|---|---|---|---|---|---|
| Behavior Alerts | Low | Low | Low | Low | Low | Low |

In 2000 he cut on himself because he said he wasn't getting enough attention. He has a Hx of lewd acts with children under age 14. Protective factors include: family support, supportive friends, optimism about his sentenced being reduced, and group activities.

**Suicide Risk Factors**
- Ethnicity: White
- Sex Offender
- History of Substance Abuse
- Past Suicide Ideation/Threats
- First prison term
- Long or life sentence, three strikes
- Chronic serious or terminal illness

| | |
|---|---|
| Previous Attempts | No |
| # of Previous Attempts | 1 |
| Year of Last Attempt | 2000 |
| Method | Cutting |

**Current Suicide Information**
- Ideation: No
- Intent: No
- Plan: No
- CDCR History: No
- Family History: No

| MENTAL HEALTH TREATMENT PLAN CDCR 7388 Page 1 of 3 Confidential Client/Patient Information | LEVEL OF CARE EOP | CDC# P64862 |
|---|---|---|
| | | Last: Tiemens  First: Herman,jr |
| | | DOB: 3/5/40  Institution: CMF |
| Department of Corrections and Rehabilitation  State of California | Date Printed 3/11/08 | Eth: Whi  House: M-231l |

California Medical Facility                                                   Department of Corrections and Rehabilitation

**MENTAL HEALTH TREATMENT PLAN (7388 p3)**                                                   3/11/08

**Current Medications:**

| | | |
|---|---|---|
| Aripiprazole 10mg Tab | 1 Tab Each Morning | Dot |
| Amantadine 100mg Cap | 1 Cap Twice Daily | Dot |
| Hydroxyzine 50mg | 1 Tab At Bedtime | Dot |
| Acetaminophen 325mg | 2 Tabs Tid Prn Pain | Dot |
| Carvedilol 6.25mg Tab | 1 Tab Bid | |
| Lisinopril 5mg Tab | 1 Tab Daily | Dot |
| Clopidogrel Bisulf 75mg | 1 Tab Daily | Dot |
| Aspirin 81mg Ec Tab | 1 Tab Daily | Dot |

**Target Symptoms**

**Med Adherence** Yes
**Drug Allergies** None Known
**Side Effects:** There is NO evidence of any side effects.

| Weight (lbs) | 265 | 290 | 284 | 267 | 262 | 275 | 270 | 274 |
|---|---|---|---|---|---|---|---|---|
| Date | 3/4/08 | 5/9/07 | 2/21/07 | 10/9/07 | 12/18/07 | 8/17/05 | 11/2/05 | 11/29/06 |
| % Change | | 9.4% | 7.2% | 0.8% | -1.1% | 3.8% | 1.9% | 3.4% |

**Physical Disabilities**
Other, Medical

**Current Working Diagnosis**

**Axis I**
298.9   Psychotic Disorder, NOS, in Remission
303.90  Alcohol Dependence, in Remission

**Axis II**
301.7   Antisocial Personality Disorder

**Axis III**
Multiple Medical Concerns

**Axis IV**
Incarceration

**Axis V**
51   Calculated GAF

| 50 | 50 | 55 | 50 |
|---|---|---|---|
| Psych Impair | Soc Skill | Danger | ADL |

Medical Impairment  45
Ancillary Impairment  50

Keyhea Expires

| AIMS | Date |
|---|---|
| 0 | 7/26/06 |
| 2 | 5/9/07 |
| 0 | 12/18/07 |
| 0 | 3/2/05 |
| 0 | 8/17/05 |
| 0 | 2/1/06 |

**Diagnostic Comments:**
History of depression, anxiety, and paranoia. Hx of psychotic symptoms.

**Transfer/Discharge To:**
EOP

| Treatment Team | Title | Signature |
|---|---|---|
| Soufi | Team Leader | |
| McDougald | Case Manager | |

**Patient Needs to be Seen by IDTT within:** 90 Days
**Next Review before:** 6/2/08
**DD Category** NCF
**Recommended Housing:** No Recommendation
**Date/Time Finished** 3/11/08 3:41 AM

| | | Present |
|---|---|---|
| Roszko | Counselor | YES |
| Mc Carver | Supervisor | YES |

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388
Page 3 of 3
Confidential Client/Patient Information
Department of Corrections and Rehabilitation                    State of California

**LEVEL OF CARE**
EOP

Date Printed 3/11/08

CDC# P64862
Last Tiemens    First Herman,jr
DOB 3/5/40    Institution CMF
Eth Whi    House M-231I

# SUICIDE RISK ASSESSMENT CHECKLIST

California Medical Facility — Department of Corrections and Rehabilitation

| Marital Status | Eth | Controlling Offense | Custody | LOC | Pts | EPRD |
|---|---|---|---|---|---|---|
| Divorced | WHI | Lewd Act on a Child under 14 | CLOB | EOP | 041 | |

**Location:** ( ) GP  ( ) RC  ( ) PSU  ( ) ASU  ( ) CCCMS  ( ) MHCB  ( ) SHU  (●) EOP

**Reason for Suicide Risk Evaluation (check one of the following):**
- [ ] MHCB Admission
- [x] Treatment Planning
- [x] Other...
- [ ] Discharge Planning
- [ ] Routine

**Sources of Information:** [ ] C/O or Staff Interview  [x] I/M/ Interview  [ ] UHR  [ ] C-File

USE THIS CHECKLIST AS A GUIDE FOR THE CLINICAL ASSESSMENT OF SUICIDE RISK:

**Static Risk Factors-(unchanging, historical):**
- [x] Ethnicity: White
- [x] Sex Offender
- [x] History of Violence
- [x] History of Substance Abuse
- [x] Past Suicide Ideation/Threats
- [x] Previous Suicide Attempts
- [ ] Family History of Suicide
- [x] History of Mental Illness
- [ ] No Static Risk Factors

Dates: 3/2000
When and method of prior attempts: cut wrist

**Slowly Changing Risk Factors-(long-term risk factors:**
- [x] First prison term
- [x] Long or life sentence, three strikes
- [x] History of poor impulse control or poor coping skills
- [x] Chronic serious or terminal illness
- [ ] Known new court proceedings/pending disciplinary actions
- [ ] Current Ad Seg, SHU or PSU terms
- [ ] Level 4 Custody Score
- [ ] Early in prison term
- [ ] No Long Term Risk Factors

**Dynamic Risk Factors- (short-term risk factors; continue to assess):**
- [ ] Recent suicidal ideation, acute/chronic
- [ ] Recent release from psychiatric hospital
- [ ] Sudden calm following suicidal ideation/atempt
- [ ] Anxious, agitated or fearful
- [x] Disturbance of mood (depression or mania)
- [ ] Affective instability or lability
- [ ] current insomnia, poor appetite or anorexia
- [ ] Lack of perceived support system
- [ ] Hopelessness or helplessness
- [ ] Feelings of guilt or worthlessness
- [ ] Fearful for safety
- [ ] Anniversary of important losses
- [ ] Recent rejection or loss
- [ ] Single-cell placement
- [ ] Significant current impulsivity
- [ ] Well planned or highly lethal attempt/ideation
- [ ] Hoarding or cheeking medication
- [ ] Poor compliance with treatment or medication
- [ ] Recent trauma or threat to self-esteem
- [ ] Recently assaultive or violent
- [ ] Pre-death behavior e.g. note, give things away
- [ ] There are No Short Term Risk Factors

Ideation: No
Intent: No
Plan: No

**Evaluation of Risk Based On Factors Above Factors, Interview of Inmate and other Information:**
Check any of the following that apply to this situation:

Risk: Low

**Recommendation / Plan (check all that apply):**
- [x] No referral needed
- [ ] Referral to Case Manager
- [ ] Referral to Psychiatrist for Med eval
- [ ] Discharge to lower level of care
- [ ] Crisis bed placement on suicide precaution
- [ ] Crisis bed placement on suicide watch
- [ ] DMH referral
- [ ] IDTT/Tx plan to address risk factors

**Protective Factors:**
- [x] Family support
- [ ] Caring for children
- [ ] Religious support
- [ ] Spousal support
- [x] Supportive friends
- [x] Helping others
- [ ] Insight into crime
- [ ] Realistic life plan
- [ ] Exercise
- [x] Group activities
- [ ] Job performance
- [ ] No Protective Fac
- [ ] Other...

**Additional Comments:**
I/P denies SI. Protective factors include: family support, supportive friends, and group activities.

Clinician: Sorenson (signed)    Date: 10/9/07

---

**SUICIDE RISK ASSESSMENT CHECKLIST**
MH 3
Confidential Patient/Client Information
Department of Corrections and Rehabilitation — State of California

| LEVEL OF CARE | CDC# | P64862 | | |
|---|---|---|---|---|
| EOP | Last | Tiemens | First | Herman, jr |
| | DOB | 3/5/40 | Institution | CMF |
| | Eth | Whi | House | M-231I |

| DATE | TIME | Coumadin NP Browning |
|---|---|---|
| 4/1/08 | | BP 114/68 R 22 P 64 PO 99 T 97.3   Wt 255 |
| | | 2nd artificial valve replacement target 2.5-3.5 |
| | | Current dose Coumadin 7mg Q pm |
| | | O  INR 2.7 3/20/08   (2) hand doctor appts |
| | | A  INR within target range |
| | | P  Had slight bloody nose yesterday AM |
| | |    not unusual for him |
| | |    Cont 7 mg coumadin Q pm |
| | |    Re check INR 4/11; 4/25 |
| | |    FU Coumadin Clinic 4/28/08   J Browning NP |

| INSTITUTION | PHYSICIAN | ROOM/WING | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| CMF | Browning | M231L | Tiemens H  P64962 |

PHYSICIAN'S PROGRESS NOTES

CDC 7230
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

NOTES/COMMENTS:

| DATE | TIME | REASON MEDICATION REFUSED/HELD, ETC | INITIALS |
|---|---|---|---|
| 1-16-08 | PM | INMATE SAYS HE HAD BLEEDING (OR FRESH BLOOD CLOT NOTES) DURING BM | /t |
| 1-16-08 | PM | DEFERRED TO TRIAGE. WARFARIN NOT TAKEN | /t |
| 1-17-08 | PM | TOOK BOTH WARFARIN 5mg & 1mg (2 TABS) FOR PM PASS | /t |

Tiemens
P64862

California Medical Facility — Department of Corrections and Rehabilitation

Date: 7/26/06

| Suicide Risk Factors | | Current Suicide Information | |
|---|---|---|---|
| Ethnicity: White | | Ideation: | No |
| Sex Offender | | Intent: | No |
| History of Substance Abuse | | Plan: | No |
| History of Mental Illness | | CDCR History: | No |
| Previous Attempts: Yes — Previous Suicide Attempts | | Family History: | No |
| Past Suicide Ideation/Threats | | | |
| # of Previous Attempts: 1 — History of Violence | | | |
| First prison term | | | |
| Long or life sentence, three strikes | | | |
| Year of Last Attempt: 2000 — History of poor impulse control or poor coping skills | | | |

**Current Behavior Alerts:**

| Alerts: | Suicide | Aggression | Self Injury | Unpredictable | Sexual | ICC Advocate |
|---|---|---|---|---|---|---|
| Behavior Alerts | Low | Low | Low | Low | Low | Yes |

In 2000 he cut on himself because he said he wasn't getting enough attention. He has a Hx of lewd acts with children under age 14.

**Subjective Complaints:**

I/P says, I'm okay. I don't hear voices or see things. I don't want to hurt myself or anyone else. I am only a little depressed. I am not suspicious of others. My medications are okay. I gets 4-6 hours of sleep per night.

**Objective Findings:**

I/P is oriented X3. He denies AH/VH. He denies SI/HI. He reports a little depression, but no paranoia. His grooming, hygiene, and dress is within normal limits. He is too new on the wing to know how his attendance at group will be.

**Current Assessment:**

I/P has a low level in all areas of his risk assessment. He seems appropriate for M-2 of the EOP wing. A suicide risk assessment was completed and he shows no risk at this time.

**Current Plan and Treatment Recommendations:**

I/P should continue on M-2 of the EOP wing. He should continue with medication management, weekly 1:1 clinical case management services, and the milieu of group therapy.

**Patient Education**

I/P has been encouraged to attend all groups, and go to the library to improve his academics.

| Patient Needs to be Seen by IDTT within: | 90 Days |
|---|---|
| Next Review before: | 10/24/06 |
| Clark Status | |
| Date/Time Finished | 7/26/06 3:54 PM |

| Treatment Team | M-2 | Title | Signature |
|---|---|---|---|
| HigginsNiles | | Team Leader | K. Higgins 7/26/06 |
| Sorenson | | Case Manager | |
| Cruz valles | | P.T. | Cruz valles /PT |
| Roszko | | Counsellor | YES (present) |

MENTAL HEALTH EVALUATION and TREATMENT PLAN
CDC MH 2
Page 3 of 3
Confidential Client/Patient Information
Department of Corrections and Rehabilitation — State of California

| LEVEL OF CARE | EOP | Date Printed | 7/26/06 |
|---|---|---|---|

| CDC# | P64862 | | |
|---|---|---|---|
| Last | Tiemens | First | Herman, jr |
| DOB | 3/5/40 | Institution | CMF |
| Eth | Whi | House | M-231I |



California Medical Facility / Department of Corrections and Rehabilitation

# Medication Administration Record
## March 2008

Number of Prescriptions: **15**

P64862 — Tiemens, Herman, jr — Keyhea Expires



| Rx # | Prescriber | Medication | Freq | Start | Stop |
|---|---|---|---|---|---|
| 999476 | Soufi | Hydroxyzine 50mg, 1 Tab At Bedtime, Dot | HS | 2/14/08 | 5/14/08 |
| 968397 | Mo | Clopidogrel Bisulf 75mg, 1 Tab Daily, Dot | QD | 12/17/07 | 6/14/08 |
| 943269 | Mo | Carvedilol 6.25mg Tab, 1 Tab Bid, Dot | BID | 10/25/07 | 4/22/08 |
| 968398 | Mo | Aspirin 81mg Ec Tab, 1 Tab Daily, Dot | QD | 12/17/07 | 6/14/08 |
| 999473 | Soufi | Aripiprazole 10mg Tab, 1 Tab Each Morning, Dot | AM | 2/14/08 | 5/14/08 |
| 999475 | Soufi | Amantadine 100mg Cap, 1 Cap Twice Daily, Dot | BID | 2/14/08 | 5/14/08 |
| 943268 | Mo | Acetaminophen 325mg, 2 Tabs Tid Prn Pain, Dot | TID PRN | 10/25/07 | 4/22/08 |
| P-64862 109987-0 | | Niacin 250mg Tab (750 mg), 3 Tabs At Bedtime | HS | 03/17/08 | 06/15/08 |

Signatures: P. Mendoza, RN ; C. Staubitz RN ; R. Uriarte, RN ; RN Friend ; S. Mabbayad RN ; Banks ; Neely, RN ; R. Gayas, RN ; L. Bungay, RN

| CDC# | P64862 | | |
|---|---|---|---|
| Last | Tiemens | First | Herman, jr |
| DOB | 3/5/40 | Institution | CMF |
| Eth | Whi | House | M-2311 |



# Medication Administration Record
## December 2007

California Medical Facility — Department of Corrections and Rehabilitation

Number of Prescriptions: 15

P64862 — Tiemens, Herman, jr — Keyhea Expires

| Rx # | Prescriber | Medication | Start | Stop |
|---|---|---|---|---|
| 937713 | Browning | Warfarin 6mg, 1 Tab Qd At 1500 Or Later, W 1mg=7mg, Dot | 10/15/07 | 12/14/07 |
| 937715 | Browning | Warfarin 1mg, 1 Tab Qd At 1500 Or Later, W 6mg=7mg, Dot | 10/15/07 | 12/14/07 |
| 936053 | Soufi | Topiramate 25mg Tabs, 1 Tab Bid, Dot | 10/11/07 | 1/9/08 |
| 957345 | Lotersztain | Simvastatin 10 Mg Tab, 1 Tab Qd, Dot | 11/26/07 | 12/26/07 |
| 937767 | Mo | Omeprazole 20mg, 1 Tab Qd, Dot | 10/15/07 | 12/29/07 |
| 923953 | Mo | Niacin 250mg Tab, 3 Tabs (750mg) Qhs, Dot | 9/18/07 | 3/16/08 |
| 884011 | Mo | Lisinopril 5mg Tab, 1 Tab Qd, Dot | 7/2/07 | 12/29/07 |
| 927516 | Mo | Lactulose 10gm/15ml Syrup, 30 Ml Qd Prn Constipation, Dot | 9/25/07 | 12/24/07 |

Discontinuation note (Rx 957345):
P-64862 957345-0  KR  MFG:
*DC SIMVASTATIN 10 MG TA*  0
***** DISCONTINUED ******
***** DISCONTINUED ******
START: 11/26/07  STOP: 12/17/07



| MTA Name | Initial | R.N./MTA Name | Initial |
|---|---|---|---|
|  |  | H. Markovich LVN |  |
|  |  | S. Mabbayad RN |  |
|  |  | C. Burton, RN |  |
|  |  | A. Crusoe LVN |  |

| CDC# | P64862 | | |
|---|---|---|---|
| Last | Tiemens | First | Herman, jr |
| DOB | 3/5/40 | Institution | CMF |
| Eth | Whi | House | M-231l |



```
                         *** PATIENT PROFILE ***
                Includes Current Prescriptions as of 05/12/2008

****************************************************************
P-64862  TIEMENS, HERMAN                          CURRENT UNIT: M-231L
ALLERGIES: NKDA        DOB: 03/05/1940  HT:   ft  in     WT:     0
================================================================
START       Rx/Qty  DRUG                       PHYSICIAN        STOP
================================================================
12/17/2007 968396  LISINOPRIL 5MG TAB           MO,STEVEN       06/14/2008
KR           30    1 TAB DAILY         DOT                     DOTM-231L
----------------------------------------------------------------
12/17/2007 968397  CLOPIDOGREL BISULF 75MG      MO,STEVEN       06/14/2008
KR           30    1 TAB DAILY         DOT                     DOTM-231L
----------------------------------------------------------------
12/17/2007 968398  ASPIRIN 81MG EC TAB          MO,STEVEN       06/14/2008
KR           30    1 TAB DAILY         DOT                     DOTM-231L
----------------------------------------------------------------
12/17/2007 968399  LACTULOSE 10GM/15ML SYRUP    MO,STEVEN       06/14/2008
KR          900    30 ML DAILY IF NEEDED FOR CONSTIPATION      DOT M-231L
----------------------------------------------------------------
12/17/2007 968400  OMEPRAZOLE 20MG              MO,STEVEN       06/14/2008
KR           30    1 TAB DAILY         DOT                     M-231L
----------------------------------------------------------------
12/17/2007 968401  SIMVASTATIN 20MG             MO,STEVEN       06/14/2008
KR           30    1 TAB DAILY         DOT                     M-231L
----------------------------------------------------------------
02/07/2008 996026  NITROGLYCERIN 0.4MG S.L.     MO,STEVEN       08/05/2008
KR           25    1 UNDER TONGUE EVERY 5MIN UP TO 3 IF CHEST PAIN*KOPM-231L
----------------------------------------------------------------
03/17/2008 109897  NIACIN 250MG TAB             MO,STEVEN       06/15/2008
JDA          90    3 TABS AT BEDTIME                    DOT    M-231L
----------------------------------------------------------------
04/01/2008 117370  WARFARIN 1MG 2MG           BROWNING/AGUILR   06/30/2008
JA           60    2 TAB IN PM,1500 OR LATER (W/5MG=7MG)        DOTM-231L
----------------------------------------------------------------
04/01/2008 117374  WARFARIN 5MG               BROWNING/AGUILR   06/30/2008
JA           30    1 TAB QPM (1500) OR LATER W/ 2 TABS 1MG=7MG   DOT  M-231L
----------------------------------------------------------------
04/03/2008 118737  ARIPIPRAZOLE 10MG TAB        SOUFI, H        07/02/2008
RC           30    1 TAB EACH MORNING   DOT                    DOT M-231L
----------------------------------------------------------------
04/03/2008 118738  AMANTADINE 100MG CAP         SOUFI, H        07/02/2008
RC           60    1 CAP TWICE DAILY    DOT                    DOTM-231L
----------------------------------------------------------------
04/03/2008 118739  HYDROXYZINE 50MG             SOUFI, H        07/02/2008
RC           30    1 TAB AT BEDTIME     DOT                    DOTM-231L
----------------------------------------------------------------
04/16/2008 125629  ACETAMINOPHEN 325MG          MO,STEVEN       10/13/2008
JDA         100    2 TABS 3X/DAY AS NEED FOR PAIN              DOTM-231L
----------------------------------------------------------------
04/16/2008 125631  CARVEDILOL 6.25MG TAB        MO,STEVEN       10/13/2008
JDA          60    1 TAB TWICE DAILY                    DOT    M-231L
----------------------------------------------------------------

================================================================
PAGE 1                                          PRINTED: 05/12/2008
```

```
                        *** PATIENT PROFILE ***
             Includes Current Prescriptions as of 05/12/2008

*************************************************************************
P-64862   TIEMENS, HERMAN                          CURRENT UNIT: M-231L
ALLERGIES: NKDA              DOB: 03/05/1940  HT:   ft   in    WT:     0
=========================================================================
START       Rx/Qty  DRUG                           PHYSICIAN        STOP
=========================================================================
04/16/2008 125633   NYSTATIN/TAC CREAM 15GM        MO,STEVEN    07/15/2008
JDA            15   APPLY 2 TIMES A DAY TO GROIN RASH AS NEED   KOP  M-231L
-------------------------------------------------------------------------




=========================================================================
PAGE 2              ***** END OF PROFILE *****         PRINTED: 05/12/2008
```

S E R V I C E

Case Name: _Herman Tiemens Jr._

Case Number: _SCR 26348_

Court: _U.S. District Court - Northern District of Calif._

# PROOF OF SERVICE BY MAIL

I, _Herman Tiemens Jr._ declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on _6-8-08_ I served the attached: a true copy of the attached:

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

_Office of the Clerk - U.S. District Court_
_Northern District of California_
_450 Golden Gate Ave._
_San Francisco, CA. (94102)_

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on the _____ at California Medical Facility, Vacaville, California.

_Herman Tiemens Jr._  |  _Herman Tiemens Jr._
**Declarant**  |  **Declarant's Signature**

Herman Fismens = P68862
California Medical Facility
P.O. Box 2000 = M-230-L
Vacaville, CA. (95696-2000)

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. (94102)



CA MEDICAL FACILITY

FIRST CLASS