**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking | General Court Number |
| Clerk | 415.522.2000 |

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: <u>CV 07-03122 CRB(PR)</u>**

**CASE TITLE: <u>HERMAN TIEMENS JR.-v-SUSAN HUBBARD</u>**

Dear Sir/Madam:

      Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is our file, an application for certificate of appealability and/or notice of appeal, order denying that application and certified copy of docket sheet.

      Please acknowledge receipt and return to this office.

Dated: July 24, 2008                      Sincerely,

                                        RICHARD W. WIEKING, Clerk

                                        by: <u>Maria Loo</u>
                                        Case Systems Administrator

Enclosures: