UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 24, 2008

**CASE INFORMATION:**
Short Case Title: <u>HERMAN TIEMENS JR.</u>-v- <u>SUSAN HUBBARD</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 07-03122 CRB(PR)</u>
Date Complaint/Indictment/Petition Filed: <u>6/14/07</u>
Date Appealed order/judgment *entered* <u>6/12/08</u>
Date NOA *filed* <u>6/27/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)    x denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>not applicable</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted: <u>11/7/07</u>          Date FP denied:
Is FP pending? ☐ yes  ☐ no               Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                       Appellee Counsel:
Herman Tiemens, Jr. P-64862              Laurence Keith Sullivan
California Medical Facility              Office of Attorney General
M-231-L, P.O. Box 2000                   455 Golden Gate Ave., Suite 11000
Vacaville, CA 95696                      San Francisco, CA 94102-7004

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u>, (415) 522-2000