**RECEIVED**

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

AUG – 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**R E C E I V E D**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**JUL 29 2008**

FILED
DOCKETED
_____
DATE
INITIAL

**CASE NUMBER: <u>CV 07-03122 CRB(PR)</u>**

**CASE TITLE: <u>HERMAN TIEMENS JR.-v-SUSAN HUBBARD</u>**

Dear Sir/Madam:     08-16719

Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is our file, an application for certificate of appealability and/or notice of appeal, order denying that application and certified copy of docket sheet.

Please acknowledge receipt and return to this office.

Dated: July 24, 2008

Sincerely,

RICHARD W. WIEKING, Clerk

by: <u>Maria Loo</u>
Case Systems Administrator

Enclosures:

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**JUL 29 2008**

FILED _____
DOCKETED _____ _____
                         DATE              INITIAL

July 24, 2008

**CASE INFORMATION:**

Short Case Title: <u>HERMAN TIEMENS JR.</u>-v- <u>SUSAN HUBBARD</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 07-03122 CRB(PR)</u>
Date Complaint/Indictment/Petition Filed: <u>6/14/07</u>
Date Appealed order/judgment *entered* <u>6/12/08</u>
Date NOA *filed* <u>6/27/08</u>

**08-16719**

Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)      x  denied in full (send record)
                           ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>not applicable</u>

---

*Magistrate Judge's Order?  If so, please attach.*

---

**FEE INFORMATION**

| | |
|---|---|
| Date Docket Fee Paid: | Date Docket Fee Billed: |
| Date FP granted: <u>11/7/07</u> | Date FP denied: |
| Is FP pending? ☐ yes  ☐ no | Was FP limited ☐?  Revoked ☐? |
| US Government Appeal? ☐ yes  ☐ no | |
| Companion Cases?  Please list: | |

---

*Please attach copy of any order granting, denying or revoking FP.*

---

**COUNSEL INFORMATION**

| | |
|---|---|
| Appellate Counsel: | Appellee Counsel: |
| Herman Tiemens, Jr.  P-64862 | Laurence Keith Sullivan |
| California Medical Facility | Office of Attorney General |
| M-231-L, P.O. Box 2000 | 455 Golden Gate Ave., Suite 11000 |
| Vacaville, CA 95696 | San Francisco, CA 94102-7004 |

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

---

**DEFENDANT INFORMATION**

Prisoner ID:                        Address:
Custody:
Bail:

---

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid:                     9th Circuit Docket Number:

---

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u>, (415) 522-2000





Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

July 30, 2008

| | |
|---|---|
| USCA9 No.: | 08-16719 |
| D.C. No.: | 3:07-cv-03122-CRB |
| Short Title: | Herman Tiemens, Jr. v. Mike Knowles, Acting Warden |

Dear Counsel,

The Clerk's Office of the United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and/or request for a certificate of appealability. **A briefing schedule will not be set until the court determines whether a certificate of appealability should issue.**

Absent an emergency, all subsequent filings in this matter will be referred to the panel assigned to consider whether or not to grant the certificate of appealability.

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The U.S. Court of Appeals docket number shown above has been assigned to your case. You must indicate the docket number and title of your case when corresponding with the court about your case.